UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2021

VIVIAN PEÑA; FRANCISCO FERNANDEZ,

Plaintiffs,

-against-

GENERAL MOTORS FINANCIAL
COMPANY, INC.; AND MARY BARRA, et
al,

Defendants.

20-CV-9294 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

Plaintiffs, who are proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants General Motors

Financial Company, Inc. and Mary Barra. Plaintiff is directed to serve the summons and

complaint on each Defendant within 90 days of the issuance of the summonses. If within those

90 days, Plaintiffs have not either served Defendants or requested an extension of time to do so,

the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules

of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiffs, together with an

information package.

SO ORDERED.

Dated:    May 6, 2021
          White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge