**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
VIVIAN PENA and FRANCISCO FERNANDEZ,

                Plaintiff,

-against-                              20 **CIVIL** 9294 (NSR)

                                                **JUDGMENT**

GENERAL MOTORS FINANCIAL COMPANY
INC. and MARY BARRA

                Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 25, 2022, and the Court's Order dated October 1, 2024, Plaintiffs' Complaint is deemed dismissed with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

        October 2, 2024

                                                **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                              **BY:**
                                          _____
                                            **Deputy Clerk**